**Lee David ARWINE, Petitioner-Appellant,**

v.

**William H. BANNAN, Warden, State Prison of Southern Michigan; and the Michigan Corrections Commission, Respondents-Appellees.**

No. 15295.

United States Court of Appeals
Sixth Circuit.

June 10, 1963.

Lee David Arwine, in pro. per.

Frank J. Kelley, Atty. Gen., Robert A. Derengoski, Solicitor Gen., Donald T. Kane, Asst. Atty. Gen., Lansing, Mich., on the brief, for respondent-appellee.

Before CECIL, Chief Judge, O'SULLIVAN, Circuit Judge, and PECK, District Judge.

ORDER.

Oral argument having been waived, and the case having been submitted on the brief of the petitioner-appellant and

* Of the Tenth Circuit, sitting by designation.

**132**

on the brief of the respondents-appellees, wherein the Attorney General and Solicitor General of the State of Michigan, as counsel for said respondents-appellees recognized that the recent opinion in the case of Fay v. Noia, 372 U.S. 391, 83 S.Ct. 822, 9 L.Ed.2d 837 (1963) requires such action,

It Is Ordered that the district court order dismissing the petition for a writ of habeas corpus be vacated and the case remanded to the district court for consideration on its merits.